# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

August 14, 2018

Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: United States v. Nancy Salzman
           18 Cr. 204 (NGG)

Dear Judge Garaufis:

    I, together with David Stern, represent Nancy Salzman in this matter. I write without opposition from the Government to state for the record the parties agreement that there is <u>no condition</u> among our client's bail conditions which prohibits Nancy Salzman from having contact with her daughter, Michelle Myers, or with Michelle's husband, Ben Myers. This matter is being raised before your Honor because Pre-Trial has informed the parties of its view that there exists uncertainty as to the conditions as they relate to these two individuals. The Government, however, consents to such contact. And there has been no bail condition set by any Court to the contrary.

    For Pre-Trial's benefit, however, it is respectfully requested that the Court clarify this matter by endorsing this letter on consent of the parties as a confirmation of the stated facts.

    Should the Court require further information, it is further requested that the parties be so notified, and it will be furnished. Thank you for your attention.

                                     Sincerely,

                                     Robert A. Soloway

cc: AUSA Moira Kim Penza (by ECF)
    AUSA Tanya Hajjar (by ECF)
    Pre-Trial Services Anna Lee (by email)
RAS:sc