

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MKM:TH/MKP  
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 11, 2018

<u>By ECF</u>

The Honorable Nicholas G. Garaufis  
United States District Judge  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Keith Raniere, <u>et</u> <u>al.</u>  
           Criminal Docket No. 18-204 (S-1) (NGG) (VMS)

Dear Judge Garaufis:

      In advance of the anticipated hearings pursuant to <u>United States v. Curcio</u>, 680 F.2d 881 (2d Cir. 1982), the government respectfully submits the enclosed proposed examination. The examination was adapted in part from that recently given in <u>United States v. Karen Auer</u>, 18-M-4886 (SN) (S.D.N.Y. 2018).

                         Respectfully submitted,

                         RICHARD P. DONOGHUE  
                         United States Attorney

          By:    /s/ Tanya Hajjar  
                Moira Kim Penza  
                Tanya Hajjar  
                Assistant U.S. Attorneys  
                (718) 254-7000

cc:     Counsel of Record (by ECF)