# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

December 14, 2018

Honorable Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Nancy Salzman
    18 Cr. 204 (NGG)

Dear Judge Garaufis:

David Stern and I represent Nancy Salzman in the above-captioned matter. With the consent of the government and without objection of pre-trial services, we respectfully request that our client's bail conditions be modified to remove the current condition of home detention and to replace it with curfew. We request further that your Honor authorize, also upon consent, that our client shall continue to be subject to GPS monitoring and shall be restricted to her residence every day during the hours from 9:00 PM to 7:00 AM. (No application to remove the condition of electronic monitoring is made herein).

In all respects not inconsistent with the above, the parties request that the bail conditions remain as originally set by this Court on July 25, 2018, and modified by this Court's order of October 22, 2018 (Dkt Entry 181).

Thank you very much for your consideration.

Respectfully submitted,

Robert A. Soloway

cc: AUSAs Moira Kim Penza and Tanya Hajjar
        (by ECF)

    Pre-Trial Services Officer Anna Lee
        (by email)
RAS:sc