DIF



**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MKP/TH/KMT

271 Cadman Plaza East
Brooklyn, New York 11201

January 30, 2019

<u>By E-mail and ECF</u>

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:   <u>United States v. Keith Raniere, et al.</u>
            <u>Criminal Docket No. 18-204 (S-1) (NGG) (VMS)</u>

Dear Judge Garaufis:

      The government respectfully requests a two-day adjournment for its time to file its motion to admit enterprise evidence, from today until Friday, February 1, 2019. The government has conferred with counsel for all defendants and they do not object to the adjournment request. Additionally, pursuant to Rule IV(C) of the Court's Individual Rules, the government respectfully requests permission to file an oversized memorandum of law of no more than 40 pages in support of this motion.

                                  Respectfully submitted,

                                  RICHARD P. DONOGHUE
                                United States Attorney

                By:   /s/_____
                      Moira Kim Penza
                      Tanya Hajjar
                      Kevin Trowel
                      Assistant U.S. Attorneys
                      (718) 254-7000

cc:    Counsel of record (by ECF)
        Clerk of Court (NGG) (by ECF)

*Application granted.*
*So ordered.*

s/Nicholas G. Garaufis
1/30/19