DOCKET NUMBER: CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR GUILTY PLEA

Date Received By Docket Clerk:_____     Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>   DATE: MARCH 13, 2019   TIME IN COURT __ HRS   60   MINS
@ 3:00 PM.

1. DEFENDANT: NANCY SALZMAN

Present X   Not Present       Custody     Not Custody X

DEFENSE COUNSEL: ROBERT SOLOWAY / DAVID STERN
  FEDERAL DEFENDER:       CJA:              RETAINED: X

2. DEFENDANT:
Present   Not Present       Custody     Not Custody

DEFENSE COUNSEL:
  FEDERAL DEFENDER:       CJA:       RETAINED:

3. DEFENDANT:
Present   Not Present   Custody      Not Custody

DEFENSE COUNSEL:
  FEDERAL DEFENDER:  CJA:    RETAINED:

A.U.S.A.: TANYA HAJJAR / MARK LESKO / MOIRA PENZA / KEVIN TROWEL

COURT REPORTER: GEORGETTE BETTS

INTERPRETER:          LANGUAGE:

X     Change of Plea Hearing (~Util-Plea Entered)    ☐ Revocation of Probation contested
☐     Arraignment                                     ☐ Sentencing on a violation
☐     Bail Application                                ☐ Motion Hearing
☐     Violation                                       ☐ Hearing
☐     Status Conference                               ☐ Sentencing
☐       Bail Violation Hearing                        ☐ Motion for sentence reduction
☐       Curcio Hearing                                ☐ Oral Argument
☐       Voir Dire Held         ☐       Jury selection          ☐ Jury trial
☐       Jury Trial Death Penalty  ☐    Sentence enhancement Phase        ☐     Bench Trial Begun
Speedy Trial Start :    Speedy Trial Stop:    CODE TYPE: XT
Do these minutes contain ruling(s) on motion(s)?    YES                       NO   X

THE DEFENDANT PLEADS GUILTY TO COUNT ONE OF THE SUPERSEDING INDICTMENT (S-1). THE PLEA PENALTY SHEET IS MARKED AS COURT EXHIBIT#1.  SENTENCING IS SCHEDULED FOR WEDNESDAY, JULY 10, 2019 AT 11:00 AM.