UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

                                Docket No. 18-CR-204 (NGG) (VMS)

   - against -

KEITH RANIERE,
      also known as "Vanguard,"
CLARE BRONFMAN,
ALLISON MACK,
KATHY RUSSELL,
LAUREN SALZMAN, and
NANCY SALZMAN,
      also known as "Prefect,"

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Alicia N. Washington from this point forward will be added as counsel for the purposes of privilege review matters in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

      Assistant U.S. Attorney Alicia N. Washington
      United States Attorney's Office (Criminal Division)
      Eastern District of New York
      271 Cadman Plaza East
      Brooklyn, New York 11201
      Tel: (718) 254-6009
      Email: Alicia.Washington@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Alicia N. Washington at the email address set forth above.

Dated: Brooklyn, New York
April 13, 2019

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Alicia N. Washington
Alicia N. Washington
Assistant U.S. Attorney

cc:   Clerk of the Court (NGG)