# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

January 11, 2021

Honorable Nicholas G. Garaufis
United States District Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

United States v. Nancy Salzman
18 Cr. 204 (NGG)

Dear Judge Garaufis,

I am the attorney for Nancy Salzman on the above matter. I write seeking a modification of her bail conditions allowing her to sell one of the eight properties encumbered as part of the bail package securing her release. With the sale of this property Ms. Salzman will be able to continue to support herself and to cover the costs of travel and taking care of her elderly parents. This property is an empty lot located at Male Road, Clifton Park, New York for which Ms. Salzman has a potential buyer, and she will sell the land in January should Your Honor agree to the requested bail modification.

During her time on release Ms. Salzman has been a model releasee and has complied with each and every condition of her release.

We have conferred with AUSA Tanya Hajjar and Ms. Salzman's pre-trial officer, Bianca Carter, neither of whom object to this request.

If you have any questions regarding this application please contact my office.

Respectfully submitted,

David Stern

APPLICATION GRANTED.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: January 11, 2021