# orthoNY  Your bone and joint experts

**FAX**

TO: David Stern

COMPANY:

FAX #: 212-571-5507

FROM: Sue – OrthoNY

SUBJECT: Nancy Salzman

DATE: 2/15/2021

TOTAL PAGES: 2  INCLUDING THIS COVER SHEET

COMMENTS:

Questions - Sue D. 518-689-3853

FAX: 518-689-6109

**OrthoNY**

orthony.com

**Albany region telephone**
(518) 489-2663

**Albany**
121 Everett Road
Albany, NY 12205

**Clifton Park**
648 Plank Road, Entrance B
Clifton Park, NY 12065

**Delmar**
250 Delaware Avenue
Delmar, NY 12054

**East Greenbush**
2 Empire Drive
East Greenbush, NY 12144

**Latham**
711 Troy-Schenectady Road
Latham, NY 12110

**Saratoga region telephone**
(518) 587-0845

**Malta**
2388 RT 9
Mechanicville
Town of Malta, NY 12118

**Saratoga**
5 Care Lane
Saratoga Springs, NY 12866



Your bone and joint experts

Date: 02/15/2021

To Whom It May Concern,

Please be advised that: SALZMAN, NANCY

DOB: 07/16/1954     is currently under my care.

Patient is scheduled to have foot surgery at Samaritan Hospital on Friday, 2/19/2021.

Sincerely,

Dr. Sam Dellenbaugh
electronically signed by