

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

TH
F. #2017R01840

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 11, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Nancy Salzman
           Criminal Docket No. 18-204 (S-1) (NGG)

Dear Judge Garaufis:

      The government respectfully requests an extension until August 18, 2021 to submit its sentencing memorandum as to defendant Nancy Salzman, along with any victim impact statements. Counsel for Salzman has no objection to this request and has requested a similar extension, until August 25, 2021, to file their sentencing memorandum.

      Respectfully submitted,

      JACQUELYN M. KASULIS
      Acting United States Attorney

By:   /s/
     Tanya Hajjar
     Assistant U.S. Attorney
     (718) 254-7000

cc:    Counsel of Record (by ECF and email)

---

Application Granted.
SO-ORDERED.
/s/ Nicholas G. Garaufis, U.S.D.J.
Hon. Nicholas G. Garaufis
Date: August 12, 2021