# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

**Franklin A. Rothman**
Jeremy Schneider
David Stern
Robert A. Soloway

Fax: (212) 571-5507
Tel: (212) 571-5500

September 3, 2021

<u>By ECF</u>

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

                    Re:  <u>United States v Nancy Salzman</u>
                          <u>18 Cr. 204 (NGG)</u>

Dear Judge Garaufis:

       Together with David Stern, I represent Nancy Salzman in the above-captioned matter. We respectfully request leave to re-file our August 30, 2021 sentence submission to correct formatting errors which occurred without our awareness in the conversion of the document to PDF, and to add one letter to "Exhibit A - Family Letters," which was left out of our filing by oversight. We also correct in the text at page 2 the number of letters in Exhibit A from six to seven. Finally, one typographical error in Footnote 5, in which the word "which" appears twice in a row by mistake, has been corrected. In each and every respect, other than as specifically set forth herein, the letter is identical to that filed on August 30, and we respectfully request that the letter being filed this date be substituted in the record for that which was filed by our office on August 30.

       Thank you very much for your attention to this matter.

                                                         Sincerely,

                                                         *Robert A. Soloway*

                                                         Robert A. Soloway

cc: AUSA Tanya Hajjar
    (By ECF)
RAS:sc