

U.S. Department of Justice

United States Attorney
Eastern District of New York

BGK:TRP
F. #2017R01840

271 Cadman Plaza East
Brooklyn, New York 11201

September 7, 2021

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Nancy Salzman
     Criminal Docket No. 18-204 (S-1) (NGG)

Dear Judge Garaufis:

  Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Nancy Salzman, in the above-captioned case. The government respectfully requests that the Court "so order" the Final Order of Forfeiture in accordance with Fed. R. Crim. P. 32.2 (b)(4)(A) and (B), that it be orally pronounced as part of the Court's sentencing of the defendant, and attached to the Judgment of Conviction.

  Thank you for Your Honor's consideration of this request.

          Respectfully submitted,

          JACQUELYN M. KASULIS
          Acting United States Attorney

     By: /s/ Tanisha R. Payne
       Tanisha R. Payne
       Assistant U.S. Attorney
       718-254-6358

Encl. Final Order of Forfeiture
cc: Counsel of Record (by ECF)