# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                                                   Tel: (212) 571-5500
Robert A. Soloway                                                                                 Fax: (212) 571-5507
David Stern

_____

Rachel Perillo

September 16, 2021

**By ECF**
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Nancy Salzman
       18 Cr. 204 (NGG)

Dear Judge Garaufis:

  I together with Robert Soloway represent Nancy Salzman in this matter. On September 8, 2021, your Honor sentenced Ms. Salzman to 42 months' imprisonment. She is to surrender to the Bureau of Prisons by January 19, 2022.

  This letter is respectfully submitted seeking a recommendation from the Court to the Bureau of Prisons that Ms. Salzman serve her sentence at FCI Danbury in Danbury, Connecticut, so that Ms. Salzman can be close to her family in Albany and New Jersey. FCI Danbury is the closest correctional facility to that area that houses female inmates.

  The Court's time and attention to this matter is appreciated. If the Court has any questions regarding this application please contact my office.

              Respectfully submitted,
              /s/
              David Stern

cc: AUSA Tanya Hajjar (by ECF)