Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Eastern District of New York

Caption:

United States v.

Nancy Salzman

Docket No.: 18 Cr. 204 (NGG)
Hon. Nicholas G. Garaufis
(District Court Judge)

Notice is hereby given that Nany Salzman appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other ☐ _____ (specify) entered in this action on September 8, 2021 (date).

This appeal concerns: Conviction only ☐ Sentence only ✔ Conviction & Sentence ☐ Other ☐

Defendant found guilty by plea ✔ | trial ☐ | N/A ☐

Offense occurred after November 1, 1987? Yes ✔ No ☐ N/A ☐

Date of sentence: September 8, 2021 N/A ☐

Bail/Jail Disposition: Committed ☐ Not committed ✔ N/A ☐

Appellant is represented by counsel? Yes ✔ | No ☐ If yes, provide the following information:

Defendant's Counsel: David Stern and Robert Soloway
Counsel's Address: Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette St., Suite 501, New York, NY 10013
Counsel's Phone: 212-571-5500

Assistant U.S. Attorney: Tanya Hajjar
AUSA's Address: US Attorneys Office, EDNY
271 Cadman Plaza East, Brooklyn, NY 11201
AUSA's Phone: 718-254-6076

*David Stern (RP)*
Signature