# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

September 19, 2021

BY ECF

Hon. Nicholas G. Garaufis
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Keith Raniere et. al.
*including Nancy Salzman*
18 Cr. 0204 (NGG)

Dear Judge Garaufis:

I am the attorney for Ms. Nancy Salzman in the above referenced matter. I write seeking an extension of our time to respond to the Courts order asking for the legal rationale for each redaction made in Ms. Salzman's sentencing submission. As your Honor is aware, my co-counsel Mr. Soloway and I were out of the country on another case and have just returned. We therefore seek an extension from September 20, 2021, to September 27, 2021 to respond to the Courts order.

If you have any questions regarding this application please contact my office.

Respectfully submitted,

/s/

David Stern

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 9/20/21