DOCKET NUMBER: CR 18-0204 (NGG)

## CRIMINAL CAUSE FOR IN-PERSON SENTENCING

Date Received By Docket Clerk:_____    Docket Clerk Initials:_____

BEFORE JUDGE: <u>GARAUFIS</u>  DATE: SEPTEMBER 8, 2021  TIME IN COURT <u>2</u> HRS    MINS
@ 11:00 AM.

**1. DEFENDANT**: NANCY SALZMAN

Present X  Not Present     Custody   Not Custody  X

   **DEFENSE COUNSEL**: DAVID STERN / ROBERT SOLOWAY
  FEDERAL DEFENDER:     CJA:          RETAINED:  X

**2. DEFENDANT:**
Present   Not Present     Custody   Not Custody

**DEFENSE COUNSEL:**
  FEDERAL DEFENDER:     CJA:   RETAINED:

**3. DEFENDANT:**
**Present   Not Present   Custody     Not Custody**

**DEFENSE COUNSEL:**
  **FEDERAL DEFENDER:  CJA:   RETAINED:**

**A.U.S.A.**: TANYA HAJJAR

**COURT REPORTER: STACY MACE**
**INTERPRETER:        LANGUAGE:**

| | | |
|---|---|---|
| ☐ | Change of Plea Hearing (*~Util-Plea Entered*) | ❏ Revocation of Probation contested |
| ☐ | Arraignment | ☐ Sentencing on a violation |
| ☐ | Bail Application | ☐ Motion Hearing |
| ☐ | Violation | ☐ Hearing |
| ☐ | Status Conference | X Sentencing |
| ☐ | Bail Violation Hearing | ☐ Motion for sentence reduction |
| ☐ | Curcio Hearing | ☐ Oral Argument |
| ❏ | Voir Dire Held   ☐   Jury selection | ☐ Jury trial |
| ❏ | Jury Trial Death Penalty ❏  Sentence enhancement Phase | ❏ Bench Trial Begun |

**Speedy Trial Start :    Speedy Trial Stop:    CODE TYPE:** XT
**Do these minutes contain ruling(s) on motion(s)?    YES         NO   X**

SENTENCING HELD; SEE JUDGMENT.