# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

| | |
|---|---|
| Franklin A. Rothman | Tel: (212) 571-5500 |
| Jeremy Schneider | Fax: (212) 571-5507 |
| Robert A. Soloway | |
| David Stern | |
| Rachel Perillo | |

October 7, 2021

BY ECF

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re: United States v. Nancy Salzman
       Ind No.: 18 Cr. 204 (NGG)

Dear Judge Garaufis:

  I apologize for not complying with your October 4, 2021 Order (Docket # 1127) as I did not see it, and it has only been called to my attention at this moment.  It is respectfully requested that my office be permitted until tomorrow at 12 noon to make the necessary changes to the currently filed redacted sentencing submission, and to also file Ms. Salzman's letters in support with only redactions for medical matters, as authorized by your Honor.

               Sincerely,

               *Robert A. Soloway*

               Robert A. Soloway

RAS:sc