Exhibit C

Mexico City, August 12, 2021

Dear Sirs,

I hope this letter finds you well. It is my honor to write this letter on behalf of Ms. Nancy Salzman. I met Ms. Salzman on August of 2008, in a retreat in Lake George, NY. She immediately stood out to me for her incredible energy, joyfulness, and her uncanny ability to teach very complex and abstract concepts in a clear and simple way. I had been in Academia most of my professional life, either as a student or professor in Universities in Mexico and the United States, and I never had experienced teaching with such an amount of empathy, rapport and caring, both in small and very large groups.

Since then, I've had many opportunities in the years that followed to take more courses and the privilege of working with her directly to solve issues that were hindering my experience of myself, my capacity for joy and my ability to realize my objectives in life. I had found that her techniques were great at helping me through such blockages, but the ability Nancy has built to help people is, in my experience, unmatched in the world. In brief sessions with her, I was better able to understand what it was that was bothering me (sometimes, I thought it was something, but she helped me see deeper, or more complex, or discover what was underneath what I thought was my problem), clarify it, and come up with a solution either an immediate disappearance of the problem, or a plan to build what was needed to overcome it.

I came to understand me better, more deeply, with greater compassion and acceptance, and because of these changes in my perception, I was able to relate better with family, friends, coworkers, clients, even romantic relationships. I was able to perform better in my professional career and to make big decisions that eventually helped me strengthen my vision and build the inner strength to do what was necessary to reach my goals. All of this while having a much more joyful experience of my life.

It is an extremely rare combination of factors, that have come together to build abilities to obtain such extraordinary results with people. I believe people should benefit from her capacity to help them grow in such a compassionate way.

Sincerely,



Enrique Martin-Moreno
c.c.p. Archivo

March 30, 2019


David Stern
100 Lafayette Street
Suite 501
New York, NY 10013


To Whom It May Concern:

I first met Nancy Salzman in 2001 in New York. I went there as part of an ESP training program. From the beginning, I felt a kinship with Nancy. Although I am older, she has a motherly quality that you just can't miss. It always felt like she was someone I could rely on and trust. And, of course, she was well-versed in the ESP curriculum, which would become so important to me.

I'm 69 now, but at the time I had just turned 50 and was working as a Senior Software Engineer for Visa, International. I had a rough childhood and problems that followed me into adulthood. I was pretty reactive and got emotional over any imagined slight. These were things that interfered sometimes with my job and my relationships. A friend had told me about ESP and once I started taking their trainings, I was sold. Nancy was often the leader in the training sessions, and she was remarkable. She had an uncanny ability to know how to work with people and to help them sort through their confusions. My relationships and job performance all improved after working with Nancy. I continued to be actively involved with ESP, and Nancy, for the next 17 years. Every training I attended was remarkable; I always left with an increased knowledge of myself and a greater sense of purpose and peace.

I think it is important for all of us who have built a relationship with Nancy to be able to have her in our lives again. Whether or not we are ever able to do the same trainings we were doing with ESP, she is an invaluable resource for support, guidance and friendship. Right now, we cannot even enjoy her company, or have dinner (she's a great cook!) at her house, or even chat with her on the phone. This feels like a huge loss to me, for one. She has been my friend and supporter for a long time, and now I don't have that. Nancy is the type of person who is always there for others. I'm having a lot of health issues now, and I live alone. Being able to give her a call and chat would be such a blessing. I don't know what Nancy would do precisely once this trial is over, but I know that whatever she did she would make a huge difference to her friends and family, and in that way, the world.

Thank you for your time.

Respectfully,

Virginia McIntosh

Virginia McIntosh

253-389-1949
gingermcintosh@hotmail.com

Wednesday August 18th, 2021.

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis,

My name is Carolina Mora. I come from a small Central American country called Costa Rica. I also come from a family that has significantly improved its well being through education. My dad was part of the first generation of professionals in the country that was able to study their master's degree abroad. I grew up with the mentality of hard work, effort, discipline and study to create my own well-being. I studied two careers in the university Psychology and Business Administration. I have worked for 20 years for multinational companies in the financial system and in the food and beverage industry. I have also worked for non- profit organizations.

I met Nancy Salzman in July 2015 in a class that she facilitated in Albany. After that occasion I shared with her in several formal and informal ESP activities. My experience of her is that of a very passionate and loving person. You could see her joy while she was teaching or leading activities. I think she was very fond about the work she did. I also experienced that she was a diligent, disciplined and committed person, during the times I shared with her, she was constantly working, following up on tasks, in meetings, getting things done. My perspective is that Nancy gave life to all the ideas that where taught and worked very hard to implement everything that was needed in the school. I do believe that she was doing everything she did to improve the lives of other people, to help them grow and see more options.

I have come to believe that this community that Nancy nourished helped me save my marriage and build healthy and deep relationships with my two daughters and my husband. I also improved significantly my relationship with myself. I now experience myself as a joyful and calm person. That was what I was seeking when I signed up to the different courses that Nancy facilitated, and I received that and a lot more.

I hope you can consider in this very relevant decision the experience that many of us had from Nancy as a well-intended and hard-working woman that was able to have a very positive impact in so many people and families.

Respectfully,

Carolina Mora Castrillo

March 22, 2019

Dear Judge Garaufis,

I am pleased to write this character reference for Nancy Salzman. I believe my experiences with her can speak to her abilities as a mentor and facilitator.

My first exposure to Nancy was in 2010 when she facilitated a weekend workshop for women where I was a participant (this was a *Jness* course). I distinctly remember taking note of her confidence and competence at leading a group of more than 60 women through an enjoyable and insightful workshop. In the years that followed, I began taking courses with Executive Success Programs and later became a coach with the company, which meant I sometimes received training directly from Nancy to develop and improve my coaching and facilitating skills.

I had met Nancy while I was in graduate school, working on my MS degree and by then, I already had a few years of facilitating experience from appointments at Simon Fraser University (Burnaby, Canada) and the University of British Columbia (Vancouver, Canada). I think I was a good facilitator, but my skills improved significantly and permanently thanks to Nancy's training. For instance, I use my voice more effectively, I am more conscious and purposeful with my body language, and I listen to students more carefully. In hours of training with her, Nancy helped me through facilitation practices with patience, humor, honesty, and encouragement. I always felt respected but not coddled, pushed but not rushed. I have no doubt that I am a better facilitator because of Nancy's training than I could ever have achieved on my own.

Since my work with Nancy, I have turned my facilitation skills into a career where I deliver professional development workshops on behalf of local organizations. In my most recent 8-week workshop, which ended on March 15 of this year, out of 63 questions about my facilitation skills, I received 59 ratings of "5/5," or "excellent." This is not uncommon for me. I do not believe I would be so highly rated if it were not for the example Nancy set and the quality of the training she gave me.

In my opinion, Nancy is not only an expert at facilitating, but she is also an expert at helping others learn to effectively facilitate. I have been empowered by the training I received from her and I am very grateful to have had her as a mentor. I would want Nancy to be available to others like me, who work with students/mentees/clients, and I would recommend her to anyone who wanted to learn how to take their facilitation skills to the next level.


Best Regards,

*Leah E. L. Mottishaw*

Leah E. L. Mottishaw





**Re: Letter of Character Reference for Nancy Salzman**

**To whom it may concern,**

I've worked with Nancy as a Macinhome client, helping her with her Apple technology for 30-40 hours in her home and while abroad. I've been a student and coach in over twenty ESP intensives taught by or coached by Nancy. I have observed her interacting with hundreds of people either one on one, in groups, or outside of the ESP classroom. She has helped me personally with several life and business challenges, including helping me repair some of my conflicts with mutual friends and coaching colleagues. I've worked with her in various capacities since my first ESP intensive in July 2009.

I have only ever experienced Nancy Salzman to be kind, honest, and deeply committed to helping people grow into the best possible version of themselves. She is gentle and kind, and cares deeply about the success and goals of everyone she interacts with. I respect her and her opinion tremendously.

She's helped me have a more loving and honest relationship with my girlfriend of 7 years. She's helped me grow my business and profitability by 40%. Most importantly to me, she's taught me the skills and tools I need to have productive and harmonious relationships with all of my consultants and clients, with a solid foundation of trust and integrity. I am a more successful and joyful person as a direct result of her efforts.

I sincerely hope she can continue teaching self-improvement and personal growth with cutting edge tools and curriculum. Speaking selfishly, it would be a massive loss if I can no longer ask her for help with my goals. I know that thousands of others will feel the same way.

Yours truly,

Date: Tuesday March 19 2019

**Lucas Roberts**, CEO
Macinhome Consulting Inc.
Cell phone: **604-786-9779**

Apt 2706 - 1199 Seymour St.
Vancouver, BC, Canada, V6B 1K3

solutions@macinhome.com
+1 877 707 macs

2706 - 1199 seymour street
vancouver, bc, canada V6B 1K3

macinhome.com

August 18, 2021

Dear Judge Garaufis:

My intent on this letter is to express my experience and the gratitude i feel for Nancy Salzman.

I met Nancy 5 years ago in Mexico City during an Intensive. Since then my experience of her has always been of a woman that really has an honest desire of helping others with a deep understating on human psico dinamics. I studied Psycology in College, I have taking a lot of courses and deferents types of coaching and therapy,  and I have never seen a teacher with more wisdom, skills and success on helping others as Nancy.

I feel very grateful to have met her. She has helped me grow in the areas I have struggle for years. Specifically with a health condition that I was suffering that was causing me to enter hospitals very often. After working with Nancy on this condition, I found that it was very realted to emocional struggles. Thanks to her skills and help  four years has gone by with no symptoms at all.

After a specific session with her in 2017 I was able to understand why I was keeping myself dependent on others, in bad romantic relationships, and scared all the time, to a point were in the past I was giving myself panic attacks.

Today I am a healthy relationship with my husband, I am able to feel compassion and love for myself and  overall be stable in my emocional life.

Nancy has brought to my life so much love, happiness and growth. I will always be grateful and I will always love her.

I hope you find this helpful.

Kind regards,

Jacqueline Ronay



April 1, 2019

To whom it may concern:

Nancy Salzman in my experience the person with the most ability to give feedback that I know.

She is extremely intelligent, and she has given me the best advice so that I could live to my fullest potential and enjoy more the relationship with my wife, my two sons, my parents and siblings.

Nancy is extremely disciplined and persistent. I find her tireless, she could sleep only a couple of hours and is always extremely energetic. She always was willing to help me and others, she really cared about everyone having a more joyful life.

Nancy has helped many entrepreneurs including myself, I have always worked in my family company and she was fundamental to have a stronger, deeper connection with my siblings so that we could stay together as business partners and she helped me immensely so that my business could grow in sales 20% every year since 2011. Nancy also helped me overcome several fears of failure while running my business and basically helped me be present myself in a more confident way when presenting to several potential customers and vendors.

I believe that Nancy could help many more entrepreneurs as she did with me and I believe people would live a more joyful life by having her as a coach.

Thank you

Luis Sandoval

March 17, 2019

Sean M. Sweeney
1400 Crescent Vischer Ferry Rd.
Apt. 409
Halfmoon, NY 12065
(518) 986-4384

Dear Your Honor,

I've known Nancy Salzman since 2010, after I took a Five-Day Executive Success Program (ESP) training. I've interacted with her during various ESP trainings and social events. I've never been a coach in ESP, only a student.

During the time I've known her, I've perceived Nancy as being very caring and wanting to help people. She has made a career out of putting in effort to help others. I've been particularly impressed with the results of the work she's done to help people who have Tourette Syndrome to reduce or eliminate their ticks, as can be seen in the trailer for the "My Tourette's" movie (see "My Tourette's Trailer – Cinequest 2018" on YouTube). I've never perceived any malicious intent in any of her interactions with myself or others. Nancy is a person who I firmly believe wants to do good in the world.

Nancy has helped me personally with relationship issues. I don't believe I would have nearly as good a romantic relationship as I currently have without her help both personally and through the ESP trainings she helped create. My relationships with family and friends have also been improved, withstanding the various tests that arise in life.

I believe that Nancy would better serve the community by being allowed to continue helping people rather than serving time in prison. Thank you for your time and consideration of this letter.

Sincerely,

Sean M. Sweeney



917-767-1721. mariana@marianavelasquez.com 320 Roebling street, suite 416 Brooklyn NY 11211
www.marianavelasquez.com

August 29, 2021

Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Garaufis:

My name is Mariana Velásquez, I am originally from Bogota, Colombia. I arrived in the US 22 years ago in search of my dream to become a chef. All these years later, after having gone to cooking school at the New England Culinary Institute in Montpelier, VT and now as a US resident living in New York City, I have accomplished a successful business in the Food Design and Styling world. Working as a stylist and culinary producer for clients such as Williams Sonoma, NY Times Cooking, Starbucks, Panera and haagen dazs among many others. Most recently I published my own cookbook with Harper Collins called *Colombiana, A Rediscovery of Recipes and Rituals from the Soul of Colombia* (HC 2021).

My work has taken me to many places in the world and the challenges of striving for a career in a highly competitive field took an emotional toll on me. Not only proving to my family that I my dreams in the culinary world were worthy but proving myself that I could make it here. In the recent years I have faced complications with an eating disorder. In-spite of being 40 years old and happily married I went through a very difficult period of my life. I sought professional help and after two years of treatment I felt complete stuck and going in circles without real improvement in my disorder. Then my friend suggested I reach out to Nancy Salzman. I had briefly meat Nancy on a ESP intensive I attended back in 2011, where I learned so many practical tools and found it to be a very enriching course.

I deem paramount to emphasize that Nancy's compassion, empathy and trust helped me turn my life around and truly heal my condition. Nancy's generous spirit, friendship, belief in the power of persistence, self love and dedication helped me recover. I have witnessed how Nancy has devoted all her time and energy to care for her aging parents with so much generosity and love. Nancy's kind, joyful spirit, brilliance and dedication are a huge inspiration for me.

Thank you in advance for taking the time to read my letter. I hope that my words show your Honor that Nancy Salzman is a wonderful woman with so much to contribute to our community in this country.

Respectfully,

Mariana Velásquez

To whom it may concern

I have known Nancy Salzman for over 18 years. My experience of her is a hard- working woman that spends most of her awake hours helping others. She is kind, caring, empathetic and fully devoted to her work. Many people I know including myself look up to her as a leader, a motivator and an inspirational woman that is committed to her purpose of growing, changing and maximizing their potential and her own.

After a life time of searching for a personal growth program that would help me with my problems of being shy introverted depressed and worse of all being sick much of the time. I was fortunate to find my way to an Executive Success Program 16 day intensive in December of 2000. Nancy was the head trainer and on day 8 I volunteered to be her Demo for her in front of the class to receive an EM or exploration of meaning. In less than an hour I had a perceptual shift and had a self- awareness of how I was making myself sick. I went on to a very significant improvement in my health and became aware of how my shyness and anti-social behavior related to me being sick all the time. Over the last 18 years I have witnessed many people improve their experience of living dramatically! I have known several people with full blown life-long Tourette syndrome get completely better.

If Nancy was able to continue her work, she would be able to show the world through results, experience and scientific proof the value of the work she has done. In my opinion she is a representation of the farthest man kind has progressed in the field of human potential.

Sincerely,

Matt Wakelin

Matt Wakelin

March 31, 2019

To: Honorable Nicholas G. Garaufis
Re: Character reference for Nancy Salzman

Dear Judge Garaufis,

I have known and worked with Nancy for the past 15 years. We had similar backgrounds in education in nursing and shared in common the desire to help others. The focus of her career through out her professional life has been to find ways to help others experience their lives in more positive ways. In my experience of her, I saw her work tirelessly to help others resolve personal issues causing stress in their lives using the skills she had developed over a lifetime of learning various methodologies to create positive results. In her work with individuals and in group settings, her actions to me always expressed good intent. Therefore, it is most sad, in my opinion, that some of the private decisions she apparently made have resulted in her current situation.

In both my one on one sessions with Nancy, and the overall curriculum of Executive Success Programs, I have had only positive experiences. I believe I have grown personally in positive ways, and experience that growth in improvement in my personal relationships, and how I experience myself. I have witnessed the same positive experiences in many others, as they came through the programs. Nancy has been an integral part of that process.

One of the most profound and impactful work that Nancy has done is her work with individuals with Tourette's Syndrome, a disease that is considered incurable. I was witness to the progression of change that occurred with the first individual to come through the program, and experience the eventual total cessation of his tics. To confirm it was not some kind of unique occurrence, Nancy continued her work with nine more individuals, which demonstrated change was possible. Nancy has not had a chance teach others her process to be able to continue to help others with this disease. It will be a profound loss, if she is not able to do this in the near future, to help so many others whose lives are profoundly impacted by this disease.

Nancy has much to offer society in her skills and abilities to help others in significant ways. The details that have emerged as a result of the FBI investigation, I'm sure, has had a profound effect on her, and has given her the opportunity to review and evaluate how she became involved in the process. It's my belief her personal insight and ability to evaluate will serve her well in overcoming this personal failure, and make the changes necessary to move forward in her life, and return to helping others in some meaningful way. I hope you will take my experience of Nancy, as an expression of her character, and witness of her work into consideration, as you determine her sentencing.

Sincerely,

Dolores Wilson

Dolores Wilson

Character Letter regarding Nancy Salzman

To whom it may concern,

My name is Robert Younis. I am a computer programmer, Voice Over Talent and a student of human behavior, emotional and thought dynamics, and compassion.

I have spend time with Nancy Salzman as a student in Ethos, Jness and V-Week curriculum, as a fellow student in The Source as with both took it at the same time, and socially for a little more than the last four years.

I have found Nancy to be a person who loves to help people with their struggles as a human being. Not only does she like to help but she's good at it. She has the wisdom that comes from years of dedication to understanding the human emotional and psychological dynamics.

I have gone to her on a number of occasions when I was struggling with fear, anger, low self-esteem, confusion understanding how women relate, confusion understanding how men relate, and confusion understanding how to relate to myself in an accepting way. She has been kind with me, knowledgeable, direct at times, but through line has always felt like genuine concern and authentic attempts to help me otherwise I would not have trusted her to go to her with these struggles. The advice and guidance she has given has helped me to address what I was struggling with, build understanding and compassion within myself, and more potently work on solutions where I'm struggling. And she's quite fun to hang out with socially too.

The results are that I've used her advice to build better relationships with my family, friends, in business, even with people I felt had wronged me in the past, and with myself. My experience of myself and the world has more humanity and compassion in it. Which is what I value and want to see more of in the world. I think it is a good thing that she has that skill and think the world could benefit from it.

That said, she is human, she has her off days and makes mistakes and bad judgment calls as we all do. But my experience of what I'd call her essence is that of a person that has joy in helping people live emotionally healthier and more mature lives and is really good at it.

Thank you for your time.

Sincerely,

Robert Younis
5 Longwood Dr, Clifton Park, NY 12065

August.18.2021

Dear Honorable Judge Garaufis,

I first met Nancy Salzman in 2009 through ESP.
Having had Nancy as a teacher helped me work toward my goals more effectively, deepen my personal relationships, be more in touch with my emotions and become a better and more authentic version of myself.

I am witness that many people, including myself, have greately benefited from her teachings and her work.

I'm grateful for the opportunity to have learned from her and believe she adds great value to our world.

Considering this your honor, I ask you humbly for leniency in her sentencing.

Best regards,

Jorge Waisburd Chayet

March 28th, 2019

Dear Judge Garaufis,

I met Nancy Salzman through my husband. He always spoke highly of her. The first time I interacted with her was in an Executive Success Program intensive. I was impressed by her presence, her energy and ability to communicate with the students. Her ability to structure her ideas and transmit knowledge is superior to any other course I have experienced. She has the unique ability to help each person in the room understand themselves better.

Nancy is deeply caring, compassionate, energetic, and driven. I have always known her to work tirelessly. She is genuinely interested in helping and connecting with people. When I'm around her I always feel cared for and uplifted. Nancy has become more than a dear friend, she's like family.

The curriculum she created and teaches has been nothing less than life changing. I have a new capacity to relate to others and myself with more understanding and kindness, and to feel happier and more fulfilled. Through my personal work with Nancy she helped me deepened personal relationships with people I care about the most and taught me many tools that helped me be kinder and patient. Every time I came to her struggling she offered unconditional help. I believe this points to her character.

The skill she has built can make paramount changes in people's lives in less than an hour by just having a conversation with her. It is my heartfelt belief that Nancy needs to be in the world working with and helping people because she's an expert at what she does and she does it because it moves her heart. Nancy Salzman truly wants to make this world a better place.


Most Sincerely,

Veronica Collignon

August 16th, 2021

Honorable judge Garaufis,

I met Nancy Salzman in 2013, after I took one of her seminars.
Since the moment I met her she opened the doors of her house and family to me, she would cook for us and host us and, no matter what was going on in her life, she was always cheerful and uplifting
 She never complains, always sees the good side of people and bright side of things. Whenever I would complain about someone in my life she would ask me to put myself in their shoes and see things their way, so It would come easier to forgive them, she is extremely compassionate and empathetic.
Every time I trusted her with my issues she would find a way to help me make them feel less painful and she would give me advice in a caring, loving way.

She has done nothing but help me become more joyful and improving my relationship with myself and others.

I am forever grateful and I wish someday I'll be as caring, loving and empathetic as she is.

I hope that by reading these lines you have a sense of Nancy's big heart and eagerness to help people

Thank you so much for your time.

Sincerely,

Mariana Collignon

April 4, 2019

Dear Judge Garaufis,

I have known Nancy for over 13 years when I was hired to do her hair and makeup for her 50th birthday. Since then Nancy has been my client and referred additional clients to me time and time again. Over the years, I have done her personal hair and makeup, commercial hair and makeup and eyebrow shaping both in my salons and in her home. Never, ever once did I see, witness, or experience anything illegal, or any wrongdoing by Nancy or anyone in her organization. Actually quite the opposite. I've only ever seen compassion and understanding and a great desire to help people who are hurting emotionally and physically.

I remember the day she offered my husband and I the use of her timeshare for my husband's 50th birthday after he had a fall and needed stitches and surgery on his leg. Another instance that I remember so clearly, was the day I was struggling with my relationship with my mother. Nancy looked at me and said, "just because you disagree with someone doesn't mean that it has to be an argument." Your honor, before that moment I didn't know that!

Soon after that, anytime something was bothering me she would take the time to talk to me. She would pay me for services and help me without any compensation to her at the same time. In 2011, at the age of 11 my youngest daughter was diagnosed with Crohn's Disease. For 8 years my family and I struggled to help her have a normal life that was pain free. Nancy knew how much emotional pain and struggle I was experiencing by watching my child in physical pain nearly everyday. After having much success with patients with Tourrets, she offered to work with my daughter, again for free. The few months that she spent one on one with her and offering her free intensive trainings has changed our lives. We did not realize that whenever our daughter felt sick she thought she was going to die. Nancy helped her understand the dynamic in our home was actually making her disease worse, and gave her tools to deal with it. Nancy helped her uncover these fears, take charge of her life and look at her pain and emotions in a different way. Our daughter now understands that we were all trying to help her in the best way we knew how and also how to take charge of her disease and her own health. She is a different person and is back in school with a 4.0 after having to drop out of school several times. My daughter has expressed that she wishes that more people her age could experience and have an understanding of themselves through the classes that she was able to take that Nancy created. Our daughter is living an almost normal life rather than living life in a lump, curled up on the couch in pain day after day, pumped full of chemotherapy medications and prednisone. I no longer fear that she will be on disability living off "the system," but know she will be working and living a meaningful life taking charge of it every step of the way.

I myself have learned how to have more compassion and understanding with my husband. Without Nancy's guidance I don't think we would have celebrated our 25th year anniversary this year. In addition, I was able to grow my business in a small town to a million dollars in sales in 2017. I learned to approach every relationship in my life with more compassion, understanding and to talk instead of yell or get fearful or angry in difficult discussions. Anytime, I would ask for time to talk, Nancy would always say yes and I know for sure that I was not the only one she was helping without hesitation.

Your Honor, I ask you to please show pardon on Nancy and allow her to do the work that she is so passionate about and to be able to help families like she has helped mine.

Sincerely,

Alayne G. Curtiss
Alayne G. Curtiss

August 14th, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
Brooklyn, New York
Re: Nancy Salzman Federal Sentencing

Dear Judge Garaufis,

My name is Gabriel Delgado and I am from Guatemala, a small country in Central America. I am a businessman and entrepreneur, father of 4 wonderful children whom I love very dearly, and someone who has worked hard for the improvement of my country and region. I've always wanted to achieve my full potential as a person and have been attracted to different courses and theories around human potential.

In 2009, a person very dear to me, whose intelligence and honorability I respect very much, advised me that there was a course that was quite transformational and that I should look into it. After thinking it through I thought it was worth the investment, which was not insignificant at the time.

A few months later I enrolled in what became the first of many courses in what was known as ESP. I briefly met Nancy Salzman at that event and was left with a positive impression of her, and her funny, joyful, and caring manner of relating with those of us taking her courses. Over time, as I got to share more time with Nancy, we became friends and she was always open and eager to help me with issues that came up in my life. She was someone who supported me through very difficult times without asking for anything in return.

I disagreed structurally with the business model and other ideas that were part of the program, both as the sceptic that I am and as an entrepreneur by training. I brought these up in conversations with Nancy and others at the organization, sometimes uncomfortably to those involved, and yet I continued to participate in courses and the program both because I made friends there and because I continued to see a positive impact in my life.

I never lived in Albany, so I wasn't privy to much of the going on's of the community or what happened that turned into this very unfortunate event. However, Nancy, even from afar, continued to be interested and concerned about my and my family's wellbeing. In the 8 years I knew her before the vents around which this case are wrapped, I have found her to be caring and emphatic beyond most of the people I know. She would help people even at the expense of her rest and recovery, she was always warm and caring, not only to me and my family, but I could observe to others.
In the 53 years I have lived, I have found people to be consistent in their character throughout their lives. Nancy, in all the time I have known her, was always this joyful, engaged, caring, empathetic person. I do not hesitate to write this character reference letter.

Respectfully,

Gabriel Delgado
Guatemala

Dear Your Honor,

My name is Brett Diamond. I am 34 years old, a businessman and resident of Clifton Park, NY. I'm writing this letter on behalf of Nancy Salzman. I met Nancy in February 2016 as a student in Executive Success Programs. The day I met Nancy was an unforgettable one, I was visiting Clifton Park from NYC to participate in an ESP educational training. I had the opportunity to work with Nancy at the training and it was a life changing experience. From the moment I met Nancy, she was enthusiastic about life, kind, curious and excited to learn more about me. We did two exercises together at that training both of which had and continue to have a positive impact on my life. I included a picture at the bottom of this letter with Nancy, me and the notes from one of those exercises. One of the exercises was helping me in my relationship with my dad. While I have great parents, I had challenges with my parents that put a strain on our relationship. Working with Nancy helped me better understand my challenges and I left our conversational exercise with a deeper appreciation and love for my dad. Nancy was brilliant in helping me as she was relatable and she helped me connect with the positive aspects of my relationship with my dad. The exercise we did together led to an experience where I took my dad to an improv class for a birthday gift and we had a joyful and meaningful time together. I don't know if I would have taken a step like that in building on the positive relationship with my dad if it were not for the work I did with Nancy.

Another time that Nancy helped me was the day after I had a serious allergic reaction to peanuts at a another educational trailing. I have a peanut allergy and while I survived the allergic reaction, when Nancy got word about it, she tirelessly made time for me to have a private conversation with her despite the fact she was teaching the all day training. I walked away from that conversation with Nancy with the wisdom to be more proactive about checking for peanuts in food and haven't experienced an allergy attack since that conversation. Nancy was tremendously caring and compassionate to help me and instead of punishing me for making that kind of mistake (something I've experienced from other professionals), Nancy listened unlike most people are able or willing to and she had the expertise to truly make a difference.

This is who Nancy is for me! A unique individual who truly wants to better the world and has the care and expertise to do so. When I moved to Clifton park from NYC, Nancy went out of her way to make me feel welcome. She would take the time to talk with me and invite me to meaningful events like the Chanukah dinner and celebration at her house. She is relentless in her pursuit to help and make a difference for others. I hope this letter sheds some light on this. The impact that Nancy has had in my life has been profound. If you're interested, I am willing to share more. Feel free to request that and thank you for taking the opportunity and time to read my letter.



Sincerely,
Brett

August 27, 2021

The Honorable Judge Nicholas Garaufis
Federal District Court Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Nancy Salzman Federal Sentencing

To the Honorable Judge Garaufis,

   My name is Christopher Fulton, I'm an Emmy award winning hairdresser, I've been in the film business for 15 years. I once heard Nancy Salzman speak. I was never a member of ESP. I contacted her through a close friend, because though successful, I have struggled for years with alcohol and drug addiction. I've been to rehabs and seen countless therapists but none of them were able to really help me. Finally at the end of my rope and suicidal, I reached out to Nancy and took a chance that she might be able to help.

   Nancy immediately jumped in and began working with me, spending hours of her time. Her joy, compassion and skill truly changed my life, in fact I would say saved it. I was in a terrible financial place at the time, in between jobs and worried about finances. When I explained this to Nancy, she was kind enough to do this without payment.

    I can't begin to tell you how grateful I am for Nancy and the work that she has done with me. Her kindness, gentleness and patience are one of a kind. My hope is Your Honor will take this into consideration.

 Sincerely,
Christopher Fulton

March 19th 2019

Judge Nicholas G. Garaufis
United States Courthause
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201

David Garza Perez
Mar Amarillo 1242, Country Club
Guadalajara Jalisco Mexico


Dear Judge Garaufis,

I have known Nancy Salzman for more than 12 years and I have only good things to say about her.

In 12 years I am grateful with Nancy for being in my life. It is very different now than the day I met her. I have noticed how Nancy relates to other people too and one of the things I can say about her that she is always looking to help other people to get over their limitations so they can experience more joy and have a better life. She is a Professional in all sense of the word.

Personally she has helped me to overcome different issues in my personal life. Her help was crucial in an issue I was struggling with in my relationship with my girlfriend. When everything was falling into pieces in my relationship with my girlfriend at that time, (I was living in Monterrey, Nuevo Leon Mexico) She called me to see how I was doing with my situation and offered to help me personally. She helped me to overcome that situation; my girlfriend and I that issue positively.

Also, if it wasn't for her, I wouldn't have started my entrepreneurship with different businesses, so another thing that I can thank her for is for helping me to get rid of the fears that I had, to build different career options so I would not depend on a company or a Person to grow financially. I am deeply grateful for that.

The thing that I admire the most of her, is not only that she helped me, but the way that she did it. I felt no judgment on my person, no punishment and felt very cared for. She has a very nurturing and caring way of guiding me to overcome any issue I was struggling with.

I sincerely hope this helps you to know a little bit more about the kind of person that Nancy is and what she means to me.

Sincerely

DAVID G. GARZA PEREZ

Not For Publication

Eastern District of New York

August 7, 2021

Your Honor:

My name is Wende Irick.  I have owned a business in Alaska for fifty years, experiencing the ups and downs of entrepreneurship over the decades.  My business is image consulting and home interior design.  I have spent my career working intimately with individuals and their private spaces.  I believe that I have a finely honed sense of character. I do not suffer fools.

I met Nancy Salzman in 2001 in the second training for Executive Success Programs. It was a particularly low point in my life:  my son had committed suicide, I was in the middle of a divorce and I learned that one of my long time employees had been embezzling from me.  I learned about the school from a student from the first training who suggested that it would be helpful to me.

Over the sixteen days in the program I regained my sense of self and self confidence, and a more clear understanding of my life as it was at the time.  Nancy Salzman was responsible for that.  She reached out to me and put me back together again.  At the end of the course as I was leaving back to Alaska, Nancy gave me her cell phone number and said to call her when I needed to. She said to me : "I'm worried about you."  Within ten days of my return to Alaska Nancy called and invited me to stay with her in San Diego.  I did not know it at the time, but she had given a free five day training to reinforce what I had already learned.

Over the nearly twenty years since my first training I have had a front row seat to Executive Success and Nxivm as it evolved.  My second husband and I moved to Clifton Park in 2009.  Keith (my husband) was the CEO of a large company in Alaska.  He took a training in New York and was excited about the program and its benefits.  In 2009, believing that he would work for Nxivm and Keith Rainiere as CEO of Nxivm, we sold our home here in Anchorage, bought a home in New York and moved.  When we arrived, it became evident that Keith Raniere had other plans.  My husband ended up working for Claire Bronfman as her assistant in real estate in upstate New York.  I commuted back and forth to Alaska.  While initially disappointed, it turns out that we were lucky:  we avoided the criminal aspects of Keith Raniere's enterprise.

During the four years we spent on the contract with Claire Bronfman I had a fly on the wall view of Nxivm and its members.  Throughout this entire period Nancy Salzman proceeded with trainings and programs to further human growth and potential and remained a good friend to me and my husband, who was frustrated with the fact that Claire had become head of the company and Nancy had no power. I did image consulting with many of the people who you no doubt have

seen on the tv shows about Nxivm. At no time did I get any indication that there was a secret sorority of women sex slaves to Keith Raniere. I know all of the women involved as well as some of their parents.

To our great dismay, we watched as Nancy's position was superceded by Claire Bronfman and Keith Raniere. Nancy was asked to leave the board of Nxivm in about 2008. When we arrived in 2009 Nancy was off the board and in the view of the company was an employee of Claire's. My husband was unable to achieve the goals and expectations he had when he accepted the job. Instead of turning Nxivm into a real company with strong leadership, he was relegated to property manager for Claire Bronfman. He worked from a home office. There was nothing Nancy Salzman could do to change this situation. She did her best to help us through the four years of the contract, and of course remained our friend and counselor.

I am deeply shaken by the revelations about Keith Raniere's separate enterprises involving women. During the time we lived in New York I saw him about once a week. I got him ready for the camera or when "important people" came to town. It became clear then that Raniere was making unpaid busy work for a lot of people, and that Nancy had no authority or power to change the dynamic. But there was never an indication from Raniere or from his "slaves" that there was the sordid "sorority" going on. It was indeed a secret society.

In closing, whatever skepticism one might have about Nancy Salzman's knowledge of criminal enterprise by Keith Raniere, should be set aside. Nancy has been nothing but a concerned, enthusiastic teacher, mentor and friend to hundreds of people who seek self improvement. I appreciate your time in reading this, and appreciate the consideration you will give to this sentencing.

Respectfully,
Wende S. Irick

March 13th 2014

Judge Nicholas G. Garaufis
United States Courthause
Room 1426 S
225 Cadman Plaza East
Brooklyn, NY 11201


Jack Levy
3138 manuel acuña
Guadalajara Jalisco Mexico


Dear Judge Garaufis,


I decided to write this letter to try to share my experience of Nancy Salzman, I have known her for more then 10 years and have seen and personally experience the type of person that she is.

In my opinion there are not many people that decide to dedicate their lives to help others and to sincerely work on bettering themselves, in my experience she is someone that has invested her life in helping

Others, I can honestly say that she is one of the people that has help me the most in times where a needed a friend and when I needed a honest and compassionate perspective, she has always been kind

And generous with me and with many people that I am close to.  I don't understand how someone like her can be in the situation that she is now, I hope this letter communicates a little of the type of person that she is.

She helped me to build a better and more loving relationship with my mom, and this is something that Is very dear to me, being able to feel more loving towards my mom and building a more caring relationship

With my mom, is something that I have in many ways Nancy to thank.

Sincerelly

Jack Levy Hasson

*Not For Publication*

To whom it May concern,

Through this, I want to share my experience regarding my relationship with Nancy Salmanz, I have known her for 8 years, for me she is one of the most congruent people I know in my life, since I met her the only thing she has shown is to be willing to help me and help others to have a better life experience.

For me Nancy is an example of love, compassion and humanity, I admire her kindness and the love she has to help others, it is a privilege to know her and because thanks to her I was able to build a more loving relationship with myself and my family.

Nancy has dedicated a lot of time in her life to helping others and for me it is a pity that she is going through this situation since all she has done is help and improve the lives of many people.

I hope that my words help to convey what Nancy means in my life and how it has positively impacted the lives of thousands of people.

**Elizabeth Leon Madrid**

Not For Publication