# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN
JEREMY SCHNEIDER
ROBERT A. SOLOWAY
DAVID STERN

RACHEL PERILLO

Tel: (212) 571-5500
Fax: (212) 571-5507

November 16, 2021

**VIA ECF**
Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Nancy Salzman
> 18 Cr. 204 (NGG)

Dear Judge Garaufis:

I represent Nancy Salzman in this matter. I write with the consent of AUSA Tanya Hajjar on behalf of the government to request a modification of Ms. Salzman's bail package removing the property located at 115 Grenadier Drive, Half Moon, New York. Ms. Salzman seeks the removal of that property because she hopes to sell it in order to fulfill her obligation to pay the fine of $150,000.00 imposed as part of her sentence in the above-referenced matter. She has found a potential buyer for the property and would like to sell it and pay her fine before she begins to serve her sentence in January.

For the foregoing reasons, we seek a modification of the conditions of release described above. If the Court has any questions regarding this application please contact my office.

Respectfully submitted,

David Stern

**Application granted.
So Ordered,**
s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis
Date:** 11/16/21