# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Fax: (212) 571-5507
Tel: (212) 571-5500

January 11, 2022

By ECF

Hon. Nicholas G. Garaufis
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v Nancy Salzman
18 Cr. 204 (NGG)

Dear Judge Garaufis:

Together with David Stern, I represent Nancy Salzman in the above-captioned matter. Ms. Salzman is scheduled to surrender at FPC Alderson (West Virginia) on January 19 of this year. Without objection of the government, per AUSA Tanya Hajjar, I write to request a bail modification permitting Ms. Salzman to leave New York early on the 18th of January for surrender, and remain in a hotel that evening so that she will be able to enter the facility in the morning of the 19th rather than late in the day after a ten - eleven hour drive.

In all other respects, it is requested that Ms. Salzman's conditions of release remain as they currently are. Thank you very much for your attention to this matter.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Tanya Hajjar
    (By ECF)
RAS:sc

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 1/11/22