&%RPDUPLICATE

Court Name: Eastern District of New York  
Division: 1  
Receipt Number: 4653163300  
Cashier ID: smejia  
Transaction Date: 02/22/2022  
Payer Name: NANCY SALZMAN  
--------------------------------
CRIMINAL DEBT  
 For: NANCY SALZMAN  
 Case/Party: D-NYE-1-18-CR-000204-006  
 Amount:    $50,000.00  
--------------------------------
PAPER CHECK CONVERSION  
 Amt Tendered: $50,000.00  
--------------------------------
Total Due:     $50,000.00  
Total Tendered: $50,000.00  
Change Amt:    $0.00