&%RPDUPLICATE

Court Name: Eastern District of New York  
Division: 1  
Receipt Number: 4653163299  
Cashier ID: smejia  
Transaction Date: 02/22/2022  
Payer Name: NANCY SALZMAN  
---------------------------------
CRIMINAL DEBT  
 For: NANCY SALZMAN  
 Case/Party: D-NYE-1-18-CR-000204-006  
 Amount:     $100,000.00  
---------------------------------
PAPER CHECK CONVERSION  
 Amt Tendered: $100,000.00  
---------------------------------
Total Due:     $100,000.00  
Total Tendered: $100,000.00  
Change Amt:    $0.00