**MANDATE**

## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of May, two thousand twenty-two.

---

United States of America,

      Appellee,

v.

Nancy Salzman,

      Defendant-Appellant.

---

**ORDER**

Docket Nos. 21-1795(L), 21-2313(con)

Appellant Nancy Salzman moves to withdraw her appeal docketed under 21-2313.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/19/2022**