# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

March 30, 2023

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Nancy Salzman
Ind No.: 18 Cr. 204 (NGG)

Dear Judge Garaufis:

A letter motion without objection of the government was sent to the Court March 21, 2023 requesting the Court order a Revised Pre-Sentence Report. Inadvertently, the Proposed Order was not sent with the letter, and is being delivered herewith. Once again, it is respectfully requested that the Court grant the relief requested by signing the annexed Proposed Order in substantially the form delivered.

Should the Court have questions regarding this matter, I am happy to appear before your Honor, or respond to any inquiries. Thank you for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: US Probation Officer Jennifer Fisher
    AUSA Tanya Hajar
RAS:sc
encl.