UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
UNITED STATES OF AMERICA, :

            -against-                               Ind No: 18 Cr. 204 (NGG)

NANCY SALZMAN,                     [PROPOSED] JUDICIAL ORDER

            Defendant.
----------------------------------------------------------------- X

WHEREAS, NANCY SALZMAN, Reg # 25533-052, is currently serving a term of imprisonment at the Hazelton Federal Correctional Institution in West Virginia; and

WHEREAS, NANCY SALZMAN, has moved, without of objection of the government or the U.S. Probation Department, by letter motion dated March 21, 2023, to have a Revised Pre-Sentence Report prepared in her case to consolidate into a single document the content of the initial Pre-Sentence Report and an Addendum to the said Pre-Sentence Report, dated August 21, 2021;

NOW, THEREFORE, IT IS HEREBY ORDERED that the motion is granted and the U.S. Probation Department for the Eastern District of New York shall forthwith prepare a Revised Pre-Sentence Report to render into a single document the content of the Pre-Sentence Report and the August 21, 2021 Addendum, and that such Revised Pre-Sentence Report shall replace and supersede the said initial Pre-Sentence Report and Addendum, and shall be delivered to the parties, and to the Federal Bureau of Prisons.

So Ordered:

s/Nicholas G. Garaufis
───────────────────────
NICHOLAS G. GARAUFIS, U.S.D.J.
3/30/23