# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

May 15, 2023

BY ECF

Hon. Nicholas G. Garaufis  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: United States v. Nancy Salzman  
Ind No.: 19 Cr. 204 (NGG)

Dear Judge Garaufis:

Nancy Salzman, by counsel, has submitted under seal a motion for reduced sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) in the referenced matter. It is respectfully requested that the Court grant Movant's sealing application on the ground the motion is based largely upon the denial of necessary medical care to our client, and therefore is rife throughout with description and analysis of Ms. Salzman's prior medical history, current medical status, medical records, and expert opinions, including exhibits, which derive from evaluation of confidential medical records.

Additionally, it is respectfully requested that the Court fix an expedited briefing schedule given the emergent nature of Movant's application, and grant the earliest possible date for the parties to appear for argument of any issues in dispute.

Thank you very much for your attention.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

cc: AUSA Tanya Hajar  
RAS:sc