# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

June 5, 2023

BY ECF

Hon. Nicholas G. Garaufis  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York  11201

Re: United States v. Nancy Salzman  
Ind No.: 18 Cr. 204 (NGG)

Dear Judge Garaufis:

This letter requests an opportunity to submit a short reply to the government's opposition to Ms. Salzman's sentence reduction motion. Important information needs to be corrected so that the Court will have an accurate record before it to decide the factual issues. The requested time is to and including Wednesday, June 7 for Ms. Salzman's reply.

Thank you very much for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc