# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

June 5, 2023

BY ECF

Hon. Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Nancy Salzman
Ind No.: 18 Cr. 204 (NGG)

Dear Judge Garaufis:

This letter requests an opportunity to submit a short reply to the government's opposition to Ms. Salzman's sentence reduction motion. Important information needs to be corrected so that the Court will have an accurate record before it to decide the factual issues. The requested time is to and including Wednesday, June 7 for Ms. Salzman's reply.

Thank you very much for your attention.

**Application granted.
So Ordered.**
Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 6/6/23

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc