PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Tran. Court)* |
|---|
| 0207 1:18CR00204 |
| DOCKET NUMBER *(Rec. Court)* |
| |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Eastern District of New York | Brooklyn |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | NAME OF SENTENCING JUDGE |
|---|---|
| Nancy  Salzman | Nicholas, G. Garaufis, Senior U.S. District Judge |

| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|---|
| | | 3/19/2024 | 3/18/2027 |

| OFFENSE |
|---|
| 18 U.S.C. 1962(d), 18 U.S.C 1962 (c) & 18 U.S.C. 1963(a) Racketeering Conspiracy |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Due to Residency |

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     EASTERN     DISTRICT OF     NEW YORK

         IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the     Northern District of New York     upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

      _____            _____
               *Date*                    *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE     NORTHERN     DISTRICT OF     NEW YORK

         IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

      _____            _____
          *Effective Date*                  *United States District Judge*